Clerk of the Court

United States District Court

Southern District of New York

500 Pearl Street

New York, N.Y. 10007

    Re: Roderick Gunn v. United States of America

           14 Civ 3228 (WHP)

Dear Sir/Madam:

    I am the Petitioner in the above entitled action, and I respectfully request a copy of my docket sheet concerning the above civil case, 14 Civ 3228 (WHP).

    I am also requesting a status update for any newly entered Order on the record since the submission of my last filed papers.

    Dated this 22nd day of September, 2014.

                                  Respectfully submitted

                                  R Gunn

                                  Roderick Gunn

                                  Reg. No 55254-054

                                  P.O. Box 019001

                                  Atwater, CA 95301

SEP 26 2014
PRO SE OFFICE

⇔55254-054⇔
Roderick Gunn
United State Penitentiary
P.O. Box 019001
Atwater, CA 95301
United States

RECEIVED
COPY PRO SE OFFICE
2014 SEP 26 P 2: 32

Legal Mail

⇔55254-054⇔
Court Clerk - Pro Se Office
500 Pearl ST
Attn: Hon. William Pauley
NEW YORK, NY 10007
United States

SACRAMENTO CA 957
23 SEP 2014 PM 8 L

USM P3
SDNY

1000781916 0014