UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

RODERICK GUNN,

        Petitioner,

    -against-

UNITED STATES OF AMERICA,

        Respondent.
------------------------------X

14cv3228

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/25/14

WILLIAM H. PAULEY III, District Judge:

    In response to Petitioner Roderick Gunn's claims of ineffective assistance of counsel, Richard Palma relies on Gunn's October 28, 2004 proffer statement. (See ECF No. 14-1.) The Government is directed to provide a copy of this proffer statement to the Court by December 5, 2014.

Dated: November 25, 2014
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
      U.S.D.J.

*Copies Mailed To:*

Roderick Gunn
55254-054
U.S. Penitentiary
P.O. Box 019001
Atwater, CA 95301

Daniel Marc Tracer
DOJ, United States Attorney's Office, SDNY
One St. Andrew's Plaza
New York, NY 10007