UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
RODERICK GUNN,                                   :
                                                    ORDER
          Petitioner,                           :

                                                     14-CV-3228 (WHP)
    -against-                                      :

                                                     06-CR-0911 (WHP)
                                    :
THE UNITED STATES OF AMERICA,
                                    :
          Respondent.
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
WILLIAM H. PAULEY III, United States District Judge:

        On June 23, 2016, the Federal Defenders advised this Court that they intend to file a supplemental § 2255 petition asserting that Petitioner's convictions must be vacated because the Hobbs Act robbery and conspiracy on which they are predicated is not a "crime of violence." (ECF No. 26.)  However, on August 3, 2016, the Second Circuit held that "Hobbs Act robbery is a crime of violence under 18 U.S.C. § 924(c)(3)."  See United States v. Hill, --- F.3d ----, 2016 WL 4120667, at *1 (2d Cir. 2016); cf. also United States v. DiSomma, 951 F.2d 494, 496 (2d Cir. 1991) (finding, under analogous provision of Bail Reform Act, that conspiracy to commit Hobbs Act robbery "is a crime of violence"); United States v. Chimurenga, 760 F.2d 400, 403–04 (2d Cir. 1985) (finding, under Bail Reform Act, that "conspiracy to commit armed robbery is a 'crime of violence'").

        Accordingly, the Federal Defenders shall advise this Court by September 7, 2016 whether they still intend to file a supplemental brief on Petitioner's behalf.

Dated: August 19, 2016
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.