# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

September 9, 2016

**MEMO ENDORSED**

**BY ECF**

Honorable William H. Pauley
United States District Judge
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Re: **United States v. Roderick Gunn**
    **06 Cr. 911 (WHP); 14 Civ. 3228 (WHP)**

Dear Judge Pauley:

This letter is filed in connection with the Court's Order of August 19, 2016.

Mr. Gunn has filed a "placeholder" 28 U.S.C. § 2255 motion challenging his conviction for discharging a firearm during a crime of violence, 18 U.S.C. § 924(c)(1)(A)(iii), in light of Johnson v. United States, 135 S. Ct. 2551 (2015). By letter of June 23, 2016, the defense proposed to file a supplemental brief in support of Mr. Gunn's motion. In the interim, however, the Second Circuit decided United States v. Hill, No. 14-3872, holding that Hobbs Act robbery (which is Mr. Gunn's predicate offense) is a crime of violence for purposes of § 924(c)(3). I anticipate that Mr. Hill, who is represented by the Federal Defenders of New York, will seek rehearing and/or certiorari, and I therefore respectfully request that this Court stay consideration of Mr. Gunn's § 2255 motion pending final resolution of Hill. Other courts have granted stays in this posture. See United States v. Henlon, 13 Cr. 245 (JGK) (S.D.N.Y. Aug. 18, 2016), Dkt. No. 21.

Respectfully submitted,

Mark B. Gombiner, Esq.
Assistant Federal Defender
Tel.: (212) 417-8718

cc: AUSA Jennifer Burns, Esq. (by ECF)

---

Application granted in part and denied in part. This Court will abstain from ruling on the Johnson argument in Petitioner's motion pending further briefing from the Federal Defenders. However, this Court intends to rule on the remaining arguments raised by Petitioner, in connection with which the Federal Defenders are not representing Petitioner.

SO ORDERED:

_____   9/13/16
WILLIAM H. PAULEY III
U.S.D.J.