UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
RODERICK GUNN,                                  :
                                                                        ORDER
              Petitioner,            :
                                                                        14-cv-3228
     -against-                              :
                                                                        06-cr-0911
                                                           :
THE UNITED STATES OF AMERICA,        16-cv-4887
                                                           :
             Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        On March 7, 2017, this Court denied petitioner pro se Roderick Gunn's motion to vacate, set aside, or correct his sentence. Gunn v. United States, 2017 WL 913659 (S.D.N.Y. Mar. 7, 2017). The Opinion & Order addressed all arguments raised by Gunn except for those under Johnson v. United States, 135 S. Ct. 2551 (2015), which the Federal Defenders of New York raised on behalf of Gunn in a placeholder habeas petition in June 2016. (See Motion to Vacate under 28 U.S.C. § 2255, No. 16-cv-4887, ECF No. 1.) That action remains stayed pursuant to the Southern District's standing order for Johnson petitions. (Standing Order, No. 16-cv-4887, ECF No. 2.) Gunn seeks to appeal the March Opinion & Order. (Notice of Appeal, ECF No. 30.) He asks this Court for a certificate of appealability.

        "A certificate of appealability may issue . . . only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). A "petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000). "Where a plain procedural bar is present and the district court is correct to invoke it to dispose of

the case, a reasonable jurist could not conclude . . . that the district court erred in dismissing the petition." Slack, 529 U.S. at 484.

For the reasons explained in the March 7, 2017 Opinion & Order, Gunn has failed to make such a showing. All of Gunn's claims were either procedurally defaulted or meritless. Accordingly, no certificate of appealability is warranted and Gunn's application is denied. The Clerk of Court is directed to terminate the motion pending at ECF No. 31.

Dated: November 3, 2017
      New York, New York

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.